


April 7, 2020

**VIA ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    *Re: In re Greg Abbott et al.*, No. 20-50264

Dear Mr. Cayce:

    On March 31, 2020, this Court entered an administrative stay of a temporary restraining order against Defendants-Petitioners. *In re Abbott*, No. 20-50264 (5th Cir. Mar. 31, 2020) (per curiam). The Court indicated that the administrative stay would permit the Court to consider Defendants–Petitioners' Emergency Motion to Stay a Temporary Restraining Order Pending Mandamus, and their Petition for a Writ of Mandamus.

    Plaintiffs-Respondents write to respectfully request that this Court enter an order on Defendants-Petitioners' pending request for a motion to stay by the end of the day today. Given the pressing nature of this case and the underlying finding by the district court that Plaintiffs-Respondents' patients will suffer irreparable harm absent a temporary restraining order, they currently plan to seek vacatur of the administrative stay from the U.S. Supreme Court tomorrow morning at 8 a.m. C.T.

                                           Sincerely,
                                           /s/ Julie Murray
                                           Julie Murray

                                           *Counsel for Plaintiffs-Respondents Planned*
                                           *Parenthood Center for Choice, Planned Parenthood*
                                           *of Greater Texas Surgical Health Services, and*
                                           *Planned Parenthood South Texas Surgical Center*

cc:  All Counsel of Record