Case: 20-50264   Document: 93   Page: 1   Date Filed: 03/02/2021

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 26, 2021

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:  Planned Parenthood Center for Choice, et al.
          v. Greg Abbott, Governor of Texas, et al.,
          No. 20-305 (Your docket No. 20-50264) *and*

          Planned Parenthood Center for Choice, et al.
          v. Greg Abbott, Governor of Texas, et al.
          (Your docket No. 20-50296)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:   All counsel of record



**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 26, 2021

Ms. Julie Alyssa Murray, Esq.
Planned Parenthood Federation of America
1110 Vermont Avenue, N. W. #300
Washington, D. C. 20005



Re: **Planned Parenthood Center for Choice, et al. v. Greg Abbott, Governor of Texas, et al.,**
No. 20-305 *and*

**Planned Parenthood Center for Choice, et al. v. Greg Abbott, Governor of Texas, et al.**

Dear Ms. Murray:

Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:** $300.00

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By Herve' Bocage
Herve' Bocage
Judgments/Mandates Clerk

cc: Clerk, USCA 5th Circuit
(Your docket Nos. 20-50264, 20-50296)

# Supreme Court of the United States

No. 20-305

**PLANNED PARENTHOOD CENTER FOR CHOICE, ET AL.,**

Petitioners

v.

**GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.;**

*and*

**PLANNED PARENTHOOD CENTER FOR CHOICE, ET AL.,**

Petitioners

v.

**GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THESE CAUSES** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

**IT IS FURTHER ORDERED** that the petitioners Planned Parenthood Center For Choice, et al. recover from Greg Abbott, Governor of Texas, et al., Three Hundred Dollars ($300.00) for costs herein expended.

January 25, 2021

Clerk's costs:     $300.00



A True copy, SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

*[signature]*